UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 09-71468-WSD
LESLIE D TAYLOR  CHAPTER 13 PROCEEDINGS
  HON. WALTER SHAPERO.DETROIT

                    Debtor
_____

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| LESLIE D TAYLOR<br>13106 KILBOURNE<br>DETROIT, MI 48213-0000<br>SSN: XXX-XX-4572 | N/A | N/A | DEBTOR REFUND | 1310934 | 10/22/10 | $ 530.44 |

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930     4380131
DETROIT, MICHIGAN 48231-1930

0971468  00000  017414  1310934
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 10/22/2010
Payee: CLERK OF US BANKRUPTCY COURT
Check No: 1310934

| 0971468 | LESLIE D TAYLOR | | | 530.44 | 0.00 | 530.44 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | | 0.00 | |

---

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79 / 611

CHECK NO. 1310934
SunTrust Bank

FOR  LESLIE D TAYLOR
BK:0971468  ACCT:
PRIN:  530.44  INT:  0.00

DATE Oct 22, 2010

AMOUNT ********530.44

PAY **$530.44**
Five Hundred Thirty And 44 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $530.44
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

Tammy L. Terry
Chapter 13 Trustee

⑈1310934⑈ ⑆061100790⑆ 000000575151 6⑈

09-71468-wsd    Doc 48    Filed 11/04/10    Entered 11/04/10 08:06:06    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>LESLIE D TAYLOR<br><br>_____Debtor_____ | CASE NO. 09-71468-WSD<br>CHAPTER 13 PROCEEDINGS<br>HON. WALTER SHAPERO.DETROIT |

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**BOREN & CAREY P C
2727 S TELEGRAPH RD
DEARBORN, MI 48124**

**Last Known Address for Debtor:**

**LESLIE D TAYLOR
13106 KILBOURNE
DETROIT, MI 48213**

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226